IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

AUG – 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1 : 26 CR 0 0 3 4 4** |
| | ) | Title 18, United States Code, |
| EVANDREW DRAKE, | ) | Sections 922(g)(1) and (g)(9), and |
| | ) | 924(a)(8) |
| Defendant. | ) | |

**JUDGE POLSTER**

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about December 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant EVANDREW DRAKE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery and Abduction, on or about May 23, 2007, in Case Number CR-06-489214, in the Cuyahoga County Common Pleas Court; Attempted Escape, on or about April 24, 2008, in Case Number CR-08-508283, in the Cuyahoga County Common Pleas Court; Attempted Aggravated Assault, on or about July 22, 2011, in Case Number CR-11-548802, in the Cuyahoga County Common Pleas Court; and Trafficking Offense, on or about July 11, 2017, in Case Number CR-16-612585, did knowingly possess a firearm in and affecting interstate commerce, to wit: a FN, Model FNS-40C, .40 caliber pistol bearing serial number CSU0008965, said firearm having previously been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Possession of a Firearm by a Person with a Prior Misdemeanor Domestic
Violence Conviction, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

2. On or about December 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant EVANDREW DRAKE, knowing he had previously been convicted of Domestic Violence, in the Cuyahoga County Common Pleas Court, on or about July 22, 2011, in Case Number CR-11-548802, did knowingly possess a firearm in and affecting interstate commerce, to wit: a FN, Model FNS-40C, .40 caliber pistol bearing serial number CSU0008965, said firearm having previously been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

3. The allegations contained in Count 1 and 2 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant EVANDREW DRAKE shall forfeit to the United States any and all firearms and ammunition involved in or used in commission of the firearms offenses charged herein; including, but not limited to, the following: an FN, Model FNS-40C, .40 caliber pistol bearing serial number CSU0008965, with any ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2